In the Matter of the Estate of PATRICK JUDGE, Deceased.

ELIZABETH JUDGE, Appellant; JOHN TIERNAN, as Executor, et al., Respondents.

*Matter of Judge*, 184 App. Div. 962, affirmed.
(Argued May 19, 1919; decided June 3, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 5, 1918, which affirmed a decree of the Oswego County Surrogate's Court adjudging the second clause of the will of Patrick Judge, deceased, to be void. The clause in question was as follows: " To my wife, Elizabeth Judge, I give, bequeath and devise her inchoate right of dower, as by law provided, and in personal distribution." The surrogate held the wording " so indefinite and uncertain that extrinsic evidence should not be considered in attempting a construction of the clause in question."

*John L. Mournighan* and *Avery S. Wright* for appellant.
*J. T. McCaffrey, Edwin J. Mizen, D. P. Morehouse, Jr., Charles N. Bulger* and *Joseph H. Gill* for respondent.

Order affirmed, with costs to each set of parties appearing on argument hereon by separate counsel, costs of special guardian payable out of estate; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.